IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN KUSLITS and DENNIS HESS,

    Plaintiffs,

v.

PAULA STOUDT, CAPTAIN SCHACHT, CAPTAIN LUNDMARK and REED RICHARDSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-809-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Paula Stoudt, Captain Schacht, Captain Lundmark and Reed Richard dismissing this case with prejudice for failure to state a claim upon which relief may be granted,

| /s/ | 3/30/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |